**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo Cesar RAMIREZ, a.k.a. Alfredo C. Cesar–Ramirez, a.k.a. Alfredo Cesar Cesar–Ramirez, a.k.a. Alfredo Rodriguez–Ramirez, Defendant–Appellant.**

No. 14–10088.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2015.*

Filed April 10, 2015.

Brian Robert Decker, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Myrna R. Beards, Tucson, AZ, for Defendant–Appellant.

Alfredo Cesar Ramirez, Post, TX, pro se.

Before: FISHER, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Alfredo Cesar Ramirez appeals from the district court's judgment and challenges his jury-trial conviction and 63–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ramirez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ramirez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988),

discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

